UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TOBY J. ALDRIDGE,**

    **Plaintiff,**

v.                                                   Case No. 8:08-cv-2034-T-30EAJ

**JOHN E. POTTER, Postmaster General,**
**United States Postal Service,**

    **Defendant.**
_____/

# ORDER

      THIS CAUSE comes before the Court upon Defendant's Motion to Tax Costs (Dkt. #40). Defendant seeks to recover costs in the amount of $1,451.45. The Court concludes that Defendant is entitled to recover all costs contained in its Proposed Bill of Costs (Dkt. #41).

      It is therefore ORDERED AND ADJUDGED that:

      1.    Defendant's Motion to Tax Costs (Dkt. #40) is **GRANTED**.

      2.    The Clerk is directed to enter a **BILL OF COSTS** against Plaintiff and in favor of Defendant in the amount of **$1,451.45** for taxable costs.

      **DONE** and **ORDERED** in Tampa, Florida on May 4, 2010.

                                                                      JAMES S. MOODY, JR.
                                                                      UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-2034.bill of costs.wpd